■ In the Matter of JOHN R. CASSILIANO, v NORMAN STEISEL et al. — Motion, insofar as it seeks reargument, denied, and insofar as it seeks leave to appeal to the Court of Appeals, granted and this court, pursuant to CPLR 5713, states

that questions of law have arisen which ought to be reviewed by the Court of Appeals. Concur — Sandler, J. P., Ross, Carro, Fein and Kassal, JJ.